v.

**MUNICIPAL COURT DIVISION, TOWN AND COUNTRY,[1] Defendant,**

,and

**Missouri State Highway Patrol Criminal Records Repository, Appellant.**

**No. ED 101961**

Missouri Court of Appeals, Eastern District, DIVISION TWO.

FILED: May 26, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied July 14, 2015

Gregory Michael Goodwin, P.O. Box 899, Jefferson City, MO 65102, Attorney for Appellant.

Lisa Dawn Sigmund, 36 Four Seasons Center # 313, Chesterfield, MO 63017, Attorney for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM

The Missouri State Highway Patrol Criminal Records Repository appeals from the trial court's Judgment and Order of Expungement of Arrest Records in favor of M.W. We affirm.

1. Defendant Municipal Court Division Town

. We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).